```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROY ADAMS, et al
                                       :

                                       :

        vs.                            :        CIVIL ACTION NO. 08-4257

JOHN E. POTTER, Postmaster             :
General of The United States
Postal Service
```

O R D E R

        **AND NOW, TO WIT:** This 16th day of September , 2009,
it having been reported that the issues between the parties in
the above action have been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

        **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.  The
Court intends to retain jurisdiction for ninety (90) days from
now, and any settlement agreement is approved and made a part of
the record and this Order for enforcement purposes.

                              **MICHAEL E. KUNZ**, Clerk of Court


                              **BY:** /ss/ Doreen A. Boyer
                                     Doreen A. Boyer
                                     Deputy Clerk


Civ 2 (7/95)
41.1(b)